No. D-1927. IN RE DISBARMENT OF MAYS. W. Roy Mays III, of Atlanta, Ga., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-1928. IN RE DISBARMENT OF GOTTLIEB. Michael R. Gottlieb, of Middletown, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-1929. IN RE DISBARMENT OF POBINER. Howard J. Pobiner, of White Plains, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-1930. IN RE DISBARMENT OF PATTERSON. G. Robert Patterson, of Collingswood, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M-56. SMILEY v. UNITED STATES. Motion to direct the Clerk to file petition for writ of certiorari out of time under this Court's Rule 14.5 denied.

No. M-57. McDANIEL, WARDEN, ET AL. v. GALLEGO; and
No. M-58. SANCHEZ v. UNITED STATES. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 96-1581. SOUTH DAKOTA v. YANKTON SIOUX TRIBE ET AL., 522 U. S. 329. Motion of respondent Yankton Sioux Tribe to retax costs denied.